UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| M.M.E., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09-CV-515 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court *sua sponte*. On April 1, 2009, plaintiff M.M.E., a minor child, filed the instant complaint seeking review of a final decision by the Commissioner of Social Security denying disability insurance benefits and supplemental security income benefits to M.M.E..

Civil actions by minors may be commenced and prosecuted only by a duly appointed guardian of such minor or, if there is no such guardian, by a next friend appointed by the court in such civil action. Plaintiff has not filed a petition for appointment of next friend in this matter, and a next friend must be appointed before further proceedings may occur. Accordingly, the Court will order plaintiff to file a petition for appointment of next friend. Failure to file such petition will result in this action being dismissed without prejudice.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall file a petition for appointment of next friend for the purpose of commencing and prosecuting this action within thirty (30) days of the date of this Order. Failure to file such petition shall result in this action being dismissed without prejudice.

Dated this 7th day of April, 2009.

      /s/ Jean C. Hamilton
      **UNITED STATES DISTRICT JUDGE**