UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

M.M.E. by and through )
MARCELLA ESTERS, as next friend, )
)
Plaintiff, )
)
v. )    No. 4:09CV515 JCH/TCM
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
Defendant. )

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date _____
06 09/10/09

### DEFENDANT'S MOTION FOR
### LEAVE TO FILE PLEADING OUT OF TIME

Comes now defendant Commissioner by undersigned counsel and motions this honorable

Court for leave to file Defendant's Brief in Support of the Answer out of time. The Brief was

due on August 24, 2009.

Respectfully submitted,

MICHAEL W. REAP
ACTING UNITED STATES ATTORNEY

s/ Jane Rund
JANE RUND, Bar #47298
Assistant United States Attorney
111 S. 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2777 FAX